```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                    MADE JS-6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California State Bar No. 140310
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6528
 9       Facsimile: (213) 894-7177
         E-mail:    Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 11-09793-GW (SSx) |
|---|---|---|
| | ) | |
| Plaintiff, | ) | <u>DEFAULT JUDGMENT OF FORFEITURE</u> |
| | ) | DATE:      April 30, 2012 |
| | ) | TIME:       8:30 A.M. |
| v. | ) | COURTROOM: 10 |
| | ) | |
| ONE 2006 RANGE ROVER SPORT UTILITY VEHICLE AND ONE 2008 LEXUS LS VEHICLE, | ) | |
| | ) | |
| Defendants. | ) | |

     On November 28, 2011, plaintiff United States of America filed a Verified Complaint for Forfeiture alleging that the defendants one 2006 Range Rover sport utility vehicle and one 2008 Lexus LS vehicle ("defendant vehicle") were subject to forfeiture.

1    On February 27, 2012, a Default by Clerk as to the Verified Complaint For Forfeiture was entered against the interests of Jermaine Williams, Porsha Brown, Walmart Stores, Inc. and all other potential claimants.

The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Verified Complaint for Forfeiture states a claim for relief.

3. Notice of this action has been given in the manner required by law. No appearances were made in this action by any claimants. The Court deems that all potential claimants, including Jermaine Williams, Porsha Brown, Walmart Stores, Inc., admit the allegations of the Verified Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants, Jermaine Williams, Porsha Brown, Walmart Stores, Inc., in the defendant vehicles.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     5.   The defendant vehicles shall be and hereby are forfeited to the United States of America, which shall dispose of the defendant vehicles in the manner required by law.

DATED: April 26, 2012

*/s/ George H. Wu*
_____
The Honorable George H. Wu
United States District Court Judge

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
P. GREG PARHAM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA